IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION


LUIS RANGEL FRIAS, #14131-078 §

VS. § CIVIL ACTION NO. 4:10cv188
CRIMINAL ACTION NO. 4:06cr315
UNITED STATES OF AMERICA §

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Don D. Bush. The Report and Recommendation of the Magistrate Judge, which contains proposed

findings of fact and recommendations for the disposition of such action, has been presented for

consideration, and no objections thereto having been timely filed, the court is of the opinion that the

findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and

conclusions of the court. It is therefore

**ORDERED** that the Movant's motion to vacate, set aside, or correct sentence is **DISMISSED**

without prejudice. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.


**SIGNED this the 23rd day of August, 2013.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE